412

COM.

v.

ECHEVAVIA, H.

**3001 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0013153–2015 (Philadelphia)

Affirmed

ILLONA

v.

**CURTIS CENTER**

**3236 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

February Term, 2016 No. 000949, (Philadelphia)

Affirmed

COM.

v.

**WILLIS, R.**

**3017 EDA 2016**

Superior Court of Pennsylvania.

7/25/2017

CP–51–CR–1111281–1999 (Philadelphia)

Affirmed

COM.

v.

**NWANI, I.**

**3542 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–23–CR–0007130–2014 (Delaware)

Quashed